JAMES W. BOWLES *v.* BOYD WINCHESTER ET AL.

**Wills—Probate—Remedy by Appeal.**

If a will offered for probate is incomplete, and is not the testator's entire last will and testament, the objectors have an adequate remedy by appeal to the court of common pleas from an order admitting the will to probate.

APPEAL FROM LOUISVILLE CHANCERY COURT.

March 16, 1874.

OPINION BY JUDGE HARDIN:

The decision of this case must be ruled by those of Hughey et al. v. Sidwell's Heirs, 18 B. Monroe 259, and Walters et al. v. Ratliff, 5 Bush 575. If, notwithstanding the right of appeal to the court of common pleas from the judgment of probate, there existed grounds for impeaching that judgment in a court of equity, as any other decision of a court of competent jurisdiction, the petition in this case, does not, in our opinion, state facts which are sufficient to give a court of equity jurisdiction for that purpose. If, as is alleged, the paper admitted to record as the will of Joshua B. Bowles, is incomplete, or not his entire last will and testament, we can perceive no sufficient reason why the appellant's remedy was not adequate and ample by appeal to the Jefferson Court of Common Pleas.

The judgment is affirmed.

*Muir & Bijur, for executor.*

*Duke, Richards, for appellees.*

*J. F. Bullitt, for appellant.*